# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**DENNIS AVERY BOSTWICK, #198578**                                                        **PLAINTIFF**

**v.**                                                                      **CAUSE NO. 1:17-cv-124-LG-RHW**

**OFFICER JOHN DOE, et al.**                                                              **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the Order of Dismissal issued this date,

**IT IS, HEREBY ORDERED AND ADJUDGED** this civil action is **DISMISSED WITHOUT PREJUDICE** for failure to obey the Court's Orders and to prosecute.

**SO ORDERED AND ADJUDGED** this the 30th day of November, 2017.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE